# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| VANNA KAY BREVARD, § | |
| Plaintiff § | |
| § | No. 9:15-CV-146 |
| v. § | |
| § | |
| CAROLYN W. COLVIN, § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| Defendant § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits. This matter has been referred to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a report recommending that the decision of the Commissioner be affirmed. The court has considered the report and recommendation filed on January 10, 2017 (Doc. No. 17) and the Plaintiff's objections. (Doc. No. 18.) The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* Fed. R. Civ. P. 72(b). After careful consideration, the court concludes that the Plaintiff's objections are without merit.[1] The court concludes that the magistrate judge correctly identified and discussed the points of error argued by plaintiff and analyzed those points correctly. The magistrate judge properly examined the entire

---

1. The Plaintiff's objection to the Report and Recommendation does not take into account that the ALJ set forth numerous reasons for discounting Plaintiff's credibility, including the medical evidence of the DDS consultants and the Medical Expert, Dr. Durado D. Brooks, Bravard's full-time work as a caregiver to the elderly, in which she performs household chores and cooks, in addition to her ability to perform daily activities. The Magistrate Judge did not impose his own reasons regarding Plaintiff's discounted credibility, rather he cites to the ALJ's opinion specifying the reasons for discounting credibility.

record to determine that substantial evidence supports the administrative law judge's credibility assessments and determination of weight accorded to medical evidence and the Commissioner's denial of benefits.

Accordingly, all of the Plaintiffs objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this 7 day of **March, 2017.**

_____
Ron Clark, United States District Judge